IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KAREN ROSNECK,

    Plaintiff,

  v.

Case No. 19-cv-702-jdp

TONY EVERS, REBECCA BLANK,
ANDREW PETERSON, RAY CROSS,
JOEL BRENNAN, LISA CARTER and
UW SYSTEM BOARD OF REGENTS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 7/6/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |