IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED

2021 AUG -2 AM 11:02

PETER OPPENEER
CLERK US DISTRICT
WD OF

KAREN ROSNECK,

    Plaintiff,

v.                                       19-CV-00702-JDP

LISA CARTER and
UW SYSTEM BOARD OF REGENTS,

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that KAREN ROSNECK, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the opinion/order entered in this action on the 6th day of July, 2021.

Dated this 31st day of July, 2021.

_Karen Rosneck_

Home: 5002 Sheboygan Ave. #128
Madison, WI 53705
Tel. Home: 608-271-5304
Tel. Office: 608-262-3444